# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | |
|---|---|
| ARTHUR L. NEWTON<br>ADC # 150179<br>　　Petitioner,<br><br>v.<br><br>RAY HOBBS, Director, Arkansas<br>Department of Correction<br>　　Respondent. | )<br>)<br>)　**Case No. 5:14-CV-00149 JM-JTK**<br>)<br>)<br>)<br>)<br>)<br>) |

## FINAL JUDGMENT

In accordance with the Court's Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED WITH PREJUDICE.

SO ADJUDGED this 15th day of August, 2014.

_____
James M. Moody Jr.
United States District Judge